An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL ROBERTS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND CHARLES THOMPSON,
SENIOR JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68788

**FILED**

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

In this original petition for a writ of mandamus or prohibition, petitioner Paul Roberts challenges an order of the district court allowing the State to amend the information pursuant to NRS 173.035(2). Roberts argues that NRS 173.095(1) does not allow the district court to order the information be amended to contain charges that have been denied by the justice court. We are not convinced that our intervention is warranted as Roberts fails to provide an appendix that includes documents "that may be essential to understand the matter set forth in the petition."[1] NRAP 21(a)(4); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 229, 88

---

[1]Specifically, Roberts fails to provide this court with a transcript of the district court hearing, in which the district court granted the State's motion for leave to file information by affidavit. The order provided by Roberts references the hearing and states that the court "advised the State has met the statute" and "stated its findings," but nothing more regarding the district court's reasoning or findings is evident from the record.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31401

P.3d 840, 844 (2004) ("If essential information is left out of the petition and accompanying documentation, we have no way of properly evaluating the petition."). For this reason, we

ORDER the petition DENIED.[2]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Eighth Judicial District Court, Dept. 20
        Hon. Charles Thompson, Senior Judge
        Mueller Hinds & Associates
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]We direct the clerk of this court to correct the caption on the docket sheet to conform to the caption on this order.